IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

KRUZ NICHOLSON                                                           PLAINTIFF

VS.                                                 CIVIL ACTION NO. 3:06cv57-HTW-JCS

NURSE DENSON, et al..                                         DEFENDANTS

### ORDER

This cause is before the court *sua sponte*. On March 24, 2006, the United States Marshal's Service filed a return for the summons to Defendant Stephany Denson at the Walnut Grove Youth Correctional Facility, stating that service could not be effected because the only address provided was a post office box. The Clerk is directed to issue a new summons to this Defendant at the following address: Stephany Denson, Walnut Grove Youth Correctional Facility, 1650 Highway 492, Walnut Grove, MS 39189. The Clerk shall otherwise follow the directives of this court's order of March 15, 2006 [#13] in issuing the summons and fowarding it to the U.S. Marshal for service of process.

SO ORDERED this the 15th day of August, 2006.

                                                               /s/ James C. Sumner
                                                               UNITED STATES MAGISTRATE JUDGE