**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

KRUZ NICHOLSON                                                                                    PLAINTIFF

vs.                                                              Civil Action No. 3:06-cv-57 HTW-LRA

NURSE STEFFANY DENSON                                                                DEFENDANT

## FINAL JUDGMENT

This matter having come on pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having adopted the same as its own order, hereby orders that this action be dismissed without prejudice.

**SO ORDERED, THIS THE 30th day of April, 2007.**

                                      **s/ HENRY T. WINGATE**

                                      **CHIEF UNITED STATES DISTRICT JUDGE**